## ERNEST FRANCIS *v.* STATE OF CONNECTICUT ET AL.
### (AC 31384)

Bishop, Alvord and West, Js.

Submitted on briefs February 4—officially released March 1, 2011

Per Curiam. The judgment is affirmed.